[No. 68315-2-I. Division One. September 23, 2013.]

ERIKA HOWE, *Appellant*, v. McDONALD'S, INC., ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-13988-3, Monica J. Benton, J., entered January 26, 2012. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Appelwick, J.

[No. 68317-9-I. Division One. September 23, 2013.]

JASON LAWSON ET AL., *Respondents*, v. ANTHONY JAMES MARTYN, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 11-2-00656-0, Alan R. Hancock, J., entered January 11, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Lau, JJ.

[No. 68542-2-I. Division One. September 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN OSORIO-NICOLAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-00040-7, Beth M. Andrus, J., entered February 29, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Appelwick, JJ.

[No. 68545-7-I. Division One. September 23, 2013.]

BANK OF AMERICA, NA, *as Successor and Trustee*, *Respondent*, v. CHRISTOPER L. SHORT, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-2-01037-4, Steven J. Mura, J., entered February 3, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Cox and Verellen, JJ.